# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MUVI LLC,<br><br>        Defendant. | Civil Action No. 1:20-cv-00672-MN |

## DEFENDANT MUVI LLC'S MOTION TO DISMISS COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and 35 U.S.C. §§ 101 and 112, Defendant Muvi LLC hereby moves to dismiss with prejudice Plaintiff Rothschild Broadcast Distribution Systems, LLC Complaint (D.I. 1) for failure to state a claim upon which relief may be granted. The grounds for this motion are set forth in the Opening Brief, which is submitted herewith.

Respectfully submitted,

Dated: September 8, 2020

MORRIS JAMES LLP

   /s/ Kenneth L. Dorsney

Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: (302) 888-6800
kdorsney@morrisjames.com

OF COUNSEL:

Andrew Berks
Max Moskowitz
OSTROLENK FABER LLP
845 Third Ave 8th Fl
New York, NY 10022
212-596-0500
aberks@ostrolenk.com
mmoskowitz@ostrolenk.com

*Attorneys for Defendant Muvi LLC*

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MUVI LLC,<br><br>Defendant. | Civil Action No. 1:20-cv-00672-MN |

## [PROPOSED] ORDER

Having considered Defendant Muvi LLC's Motion to Dismiss Complaint;

IT IS HEREBY ORDERED this _____ day of _____, 2020 that the Motion is GRANTED, and the Complaint is dismissed with prejudice.

_____
United States District Judge