THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MUVI, LLC,<br><br>Defendant. | CIVIL ACTION NO. <u>1:20-cv-00672-MN</u><br><br>JURY TRIAL DEMANDED |

## FIRST AMENDED COMPLAINT

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" or "Rothschild Broadcast Distribution Systems") files this First Amended Complaint against Muvi, LLC ("Muvi") for infringement of U.S. Patent No. 8,856,221 (hereinafter the "`221 Patent") and alleges as follows:

## PARTIES

1. Plaintiff is a Texas limited liability company with an office at 1801 NE 123 Street, Suite 314, Miami, FL 33181.

2. On information and belief, Defendant is a Delaware limited liability company, with a place of business at 6H Legacy Ln, Halfmoon, New York 12065.

## JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, 35 U.S.C. § 271 et seq. Plaintiff is seeking damages, as well as attorney fees and costs.

4. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents).

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in the District. Alternatively, Defendant has already appeared in this action and has not challenged *in personam* jurisdiction or venue, which are now waived by operation of law.

7. Venue is proper in this District under 28 U.S.C. §1400(b) because Defendant is deemed to be a resident in this District.

## BACKGROUND

8. On October 7, 2014, the United States Patent and Trademark Office ("USPTO") duly and legally issued the `221 Patent, entitled "System and Method for Storing Broadcast Content in a Cloud-Based Computing Environment" after the USPTO completed a full and fair examination. The '221 Patent is attached as Exhibit A.

9. Rothschild Broadcast Distribution Systems is currently the owner of the `221 Patent.

10. Rothschild Broadcast Distribution Systems possesses all rights of recovery under the `221 Patent, including the exclusive right to recover for past, present and future infringement.

11. The `221 Patent contains thirteen claims including two independent claims (claims 1 and 7) and eleven dependent claims.

**COUNT ONE**
**(Infringement of United States Patent No. 8,856,221)**

12. Plaintiff refers to and incorporates the allegations in Paragraphs 1 - 11, the same as if set forth herein.

13. This cause of action arises under the patent laws of the United States and, in particular under 35 U.S.C. §§ 271, *et seq*.

14. Defendant has knowledge of its infringement of the `221 Patent, at least as of the service of the present complaint.

15. On October 7, 2014, the United States Patent & Trademark Office (USPTO) duly and legally issued the '221 Patent.

16. The '221 Patent teaches a method and apparatus for media content storage and delivery. Among other things, the claimed system includes a server, which has a receiver in communication with a processor. The receiver receives a request message. The request message includes media data indicating requested media content and a consumer device identifier corresponding to a consumer device. The processor determines whether the consumer device identifier corresponds to a registered consumer device. If the processor determines that the consumer device identifier corresponds to the registered consumer device, then the processor determines whether the request message is one of a storage request message and a content request message. If the request message is the storage request message, then the processor is further configured to determine whether the requested media content is available for storage. If the request message is the content request message, then the processor initiates delivery of the requested media content to the consumer device. '221 Patent, Abstract.

17. The present invention solves problems that existed with then-existing media delivery systems. One problem with prior delivery systems is that the customer was charged

according to the expenses of the provider rather than the usage of the customer. Customers were not charged based on the amount of programming delivered or the amount or duration of the customer's storage of media. *Id*., 1:31-57. Another such problem, more generally, is that customers were not billed and services were not provided, in a way that was tailored to the customer's needs and usage. *Id*. 2:3-13.

18. A number of aspects of the invention(s) embodied in the '221 Patent overcome the problems with the prior art. For example, the inventive system includes a processor in communication with a receiver. *Id*., 2:23-34. The processor determines media content characteristics that correspond to the media content to be stored. *Id*. The processor determines a length of time to store the media content based on the media data and determines a cost amount based at least in part on the determined media content characteristics and length of time to store the media content. *Id*. As another example, the system makes a determination that media content is available for download. *Id*., 2:64-3:2. A determination is made that content is not stored. Download of the media content is initiated. *Id*. The media content is received and the received media content is stored. *Id*.

19. The '221 Patent is directed to computerized technologies to provide users with tailored media delivery systems and tailored billing for such systems. Among other things, the '221 Patent claims include sending and receiving of request messages indicating requested media content and including a device identifier corresponding to a consumer device. A determination is made whether the identifier corresponds to the device. A determination is also made as to whether the request is for delivery or storage. The media data in the request includes time data that indicates a length of time for storage. A processor is configured to determine whether

requested media exists and whether there are any restrictions associated with delivery or storage of the requested media.

20. The system(s) and methods of the '221 Patent include software and hardware that do not operate in a conventional manner. For example, the software is tailored to provide functionality to perform recited steps and the processor is configured (and/or programmed) to provide functionality recited throughout the claims of the '221 Patent.

21. The '221 Patent solves problems with the art that are rooted in computer technology and that are associated with electronic transmission, loading, and storage of location information, as well as automatic provisioning of route guidance. The '221 Patent claims do not merely recite the performance of some business practice known from the pre-Internet world along with the requirement to perform it on the Internet.

22. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 7, of the '221 Patent by making, using, importing, selling, and/or offering for media content storage and delivery systems and services covered by one or more claims of the '221 Patent.

23. Accordingly, Defendant has infringed, and continues to infringe, the `221 Patent in violation of 35 U.S.C. § 271.

24. Defendant sells, offers to sell, and/or uses media content storage and delivery systems and services, including, without limitation, the Muvi streaming platform, and any similar products ("Product"), which infringes at least Claim 7 of the '221 Patent.

25. The Product practices a method of storing (e.g., cloud storage) media content (e.g. and recorded music) and delivering requested media content to a consumer device. Certain

aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

> Muvi provides you with cloud based hosting, storage, database server, transcoding server, firewall, streaming server and CDN all out-of-the-box, backed by unlimited and free storage* as well as endless bandwidth that meets your listeners demand, our enterprise offering comes with auto scale up architecture that supports unlimited listeners and scales up automatically with the number of users on your platform going up, to infinity!

Source: https://www.muvi.com/audio-streaming-service.html

# Unlimited Everything

With Muvi you get an "unlimited everything" platform, upload an unlimited number of audio tracks or files, you get unlimited and free storage*, endless bandwidth to scale with your listeners demand, unlimited users, unlimited transactions... with Muvi your platform will have no limits to grow!

Source: https://www.muvi.com/audio-streaming-service.html

# Launch your OTT Platform instantly!

Muvi is the World's only All-in-One OTT Platform which allows you to launch White Label Multi-Device Video Streaming Platform offering Video on Demand (VOD) & Live Streaming as well as Audio Streaming Platform offering Music Streaming and Live Audio Broadcast instantly! Muvi includes everything, fully managed, end-to-end, all controlled from single CMS, no coding or IT teams required.

Source: https://www.muvi.com/


### Live Streaming

Start Live Streaming anything to everything instantly! Start streaming TV Channels, Sports, News & Events without any hassles, simply connect and Go-Live. Muvi takes care of everything else.
Learn More


### Video On Demand

Launch a Multi-Screen OTT Platform like Netflix instantly! End-to-End OTT video solution includes Infrastructure, Video Player, CMS, Billing Engine, Website, Mobile & TV Apps.
Learn More


### Audio / Music Streaming

Launch an Audio / Music Streaming service like Spotify instantly! End-to-End solution includes everything from Infrastructure, CMS, Billing Engine, Website and Apps for Mobile Devices.
Learn More


### Live Broadcast

Launch your own Live Broadcast Radio channel instantly. Start streaming talk shows to your own Radio Channel without any hassles. Everything included end-to-end and take care by Muvi, Go-Live instantly!
Learn More

Source: https://www.muvi.com/

## VOD & Live Streaming

With Muvi you can chose to launch an Online Video Platform which comprises of Video on Demand (VOD), Live Streaming, Cloud TV (Playout), or a mix and match hybrid of any of these formats instantly! Muvi gives you an option to launch and monetize your content instantly across multiple formats from pure play Video on Demand (VOD) to Live Streaming of sports and events, from Live TV Channel Broadcast to creating and launching your own Cloud based OTT TV Channel using Muvi's Playout solution, you can also mix and match all of these and launch a hybrid platform that brings the best of both the worlds (live & on-demand) to your viewers in the palm of their hands!

Source: https://www.muvi.com/online-video-platform.html

### Live TV Streaming

Experience the magic of Live TV Streaming Everywhere. Muvi supports direct satellite feeds for streaming Live Events, Sports etc. With Muvi's unique Playout feature, you can schedule 24*7 Live Movies/Shows just like a traditional TV guide.

Source: https://www.muvi.com/live-streaming.html

### Offline Viewing

Enable your viewers to watch on the go without internet connectivity with Muvi's offline viewing feature for videos. Android and iOS users can download the videos over Wifi or mobile data and save for later consumption. Make your customers happy by offering them the option to download videos in different resolutions, and make your service mobile data friendly. What's more? As a streaming service owner, you get to decide on how long the downloaded content is consumable. Cool, right?

Source: https://www.muvi.com/feature/ott-tv-everywhere-platform.html

26. The Product necessarily includes a receiver configured to receive a request message including data indicating requested media content (e.g., the Product must have infrastructure to receive a request to store recorded media content or to stream recorded media content on a smartphone; additionally, the request message must contain data that identifies the content to be stored or streamed) and a consumer device identifier corresponding to a consumer device (e.g., the user credentials are used to access the contents of the Product). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

> # VOD & Live Streaming
>
> With Muvi you can chose to launch an Online Video Platform which comprises of Video on Demand (VOD), Live Streaming, Cloud TV (Playout), or a mix and match hybrid of any of these formats instantly! Muvi gives you an option to launch and monetize your content instantly across multiple formats from pure play Video on Demand (VOD) to Live Streaming of sports and events, from Live TV Channel Broadcast to creating and launching your own Cloud based OTT TV Channel using Muvi's Playout solution, you can also mix and match all of these and launch a hybrid platform that brings the best of both the worlds (live & on-demand) to your viewers in the palm of their hands!

Source: https://www.muvi.com/online-video-platform.html

      27.    The at least one server necessarily determines whether the consumer device identifier corresponds to the registered consumer device (e.g., a user must be a registered user to access the Product's services). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: https://www.muvi.com/help/preview-your-mobile-app.html

> Onyx is the demo Mobile App of Muvi. If you want to create a mobile app (iOS/Android) for your video streaming platform, then by installing Onyx, you will get the look and feel of your app. By installing the Onyx App you can go through the whole experience of an end user from registration to viewing content. You can use your Muvi credentials (Admin) to login to see the app. The app will work as long as you have an active login with Muvi; paid subscription or Muvi Free.

Source: https://www.muvi.com/help/preview-your-mobile-app.html

28. The Product provides for both media downloads and/or storage, and media streaming. After a successful login, the Product necessarily determines whether the request received from a customer is a request for storage (e.g., recording or storing content) or content (e.g., streaming of media content). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

> Onyx is the demo Mobile App of Muvi. If you want to create a mobile app (iOS/Android) for your video streaming platform, then by installing Onyx, you will get the look and feel of your app. By installing the Onyx App you can go through the whole experience of an end user from registration to viewing content. You can use your Muvi credentials (Admin) to login to see the app. The app will work as long as you have an active login with Muvi; paid subscription or Muvi Free.

Source: https://www.muvi.com/help/preview-your-mobile-app.html

> Muvi provides you with cloud based hosting, storage, database server, transcoding server, firewall, streaming server and CDN all out-of-the-box, backed by unlimited and free storage* as well as endless bandwidth that meets your listeners demand, our enterprise offering comes with auto scale up architecture that supports unlimited listeners and scales up automatically with the number of users on your platform going up, to infinity!

Source: https://www.muvi.com/audio-streaming-service.html

## Unlimited Everything

With Muvi you get an "unlimited everything" platform, upload an unlimited number of audio tracks or files, you get unlimited and free storage*, endless bandwidth to scale with your listeners demand, unlimited users, unlimited transactions... with Muvi your platform will have no limits to grow!

Source: https://www.muvi.com/audio-streaming-service.html

> **VOD & Live Streaming**
>
> With Muvi you can chose to launch an Online Video Platform which comprises of Video on Demand (VOD), Live Streaming, Cloud TV (Playout), or a mix and match hybrid of any of these formats instantly! Muvi gives you an option to launch and monetize your content instantly across multiple formats from pure play Video on Demand (VOD) to Live Streaming of sports and events, from Live TV Channel Broadcast to creating and launching your own Cloud based OTT TV Channel using Muvi's Playout solution, you can also mix and match all of these and launch a hybrid platform that brings the best of both the worlds (live & on-demand) to your viewers in the palm of their hands!

Source: https://www.muvi.com/online-video-platform.html

   29. The Product verifies that media content identified in the media data of the storage request message (e.g., request to record content) is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage. The Product must verify that the media content (e.g. specific recording) identified in the media data of the storage request message is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage (e.g., the product must verify a user's ability to store video is limited to a certain amount of memory usage based upon their subscription; thus media content may not be available for storage if a user is already above their memory limit or if the user has not subscribed to any service). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

> **Advance Purchase**
>
> You can monetize your PPV/TVOD by enabling pre-order with Muvi's advance purchase feature. <u>This enables your audience to pre-order your upcoming PPV/TVOD content before it is available for video</u>. You can set up differential pricing for pre-order and offer it as an advantage for your potential viewers, <u>and also automatically alert the buyers when the video is available to be viewed</u>.

Source: https://www.muvi.com/feature/pay-per-view-tvod.html

> <u>Muvi provides you with cloud based hosting, storage</u>, database server, transcoding server, firewall, <u>streaming server</u> and CDN all out-of-the-box, <u>backed by unlimited and free storage*</u> as well as endless bandwidth that meets your listeners demand, our enterprise offering comes with auto scale up architecture that supports unlimited listeners and scales up automatically with the number of users on your platform going up, to infinity!

Source: https://www.muvi.com/audio-streaming-service.html

30. If a customer requests content (e.g., live streaming of media content), then a processor within the Product necessarily initiates delivery of the content to the customer's device. The server will initiate delivery of the requested media content to the consumer device (e.g., stream media content feed to a smartphone or tablet or desktop computer) if the request message is a content request message (e.g., request for live streaming). Certain aspects of these elements are illustrated in the screen shots below and/or in screen shots provided in connection with other allegations herein.



Source: https://www.muvi.com/

31. The media data time data that indicates a length of time to store the requested media content (e.g. a user is allowed to store media content for maximum 30 days as based upon their subscription level). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

> **Manage Subscription Plans**
>
> On Muvi, you can create and manage multiple subscription plans. Your platform may have a basic plan with restricted access to your library or a limited number of streaming devices priced at $3.99 per month; and at the same time a $10 per month-premium plan with unlimited, unrestricted access. Muvi lets you configure all content, user access, and price-related attributes on your platform and streamline your monetization process.

Source: https://www.muvi.com/feature/subscription-svod.html

> **Setup Time and View Restrictions**
>
> You can setup a time restriction for exclusive content from your Video Library under PPV for "x" hours / days or months as decided by you and monetize within the timeframe validity like all rentals and PPV services available. Muvi also offers you to restrict multiple user access for content preventing account sharing from one user id. By restricting the number of views to say just 3, you ensure that a user does not share their account details with others or else they themselves may not get to view a newly released episode! This is a great way to deter password sharing which is a normal trend amongst PPV consumers and Subscribers!

Source: https://www.muvi.com/feature/pay-per-view-tvod.html

> Onyx is the demo Mobile App of Muvi. If you want to create a mobile app (iOS/Android) for your video streaming platform, then by installing Onyx, you will get the look and feel of your app. By installing the Onyx App you can go through the whole experience of an end user from registration to viewing content. You can use your Muvi credentials (Admin) to login to see the app. The app will work as long as you have an active login with Muvi; paid subscription or Muvi Free.

Source: https://www.muvi.com/help/preview-your-mobile-app.html

32. The server must first determine whether the requested media content exists prior to initiating delivery in order to prevent data errors that would result from attempting to transmit media content that does not exist (e.g. the product must verify that a particular requested data is

PLAINTIFF'S FIRST AMENDED COMPLAINT  15

stored in the cloud). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

33. After the processor determines whether the requested media content is available, it determines whether there are restrictions associated with the requested media content (e.g., subscription level etc.). Certain aspects of these elements are illustrated in the screenshots provided in connection with other allegations herein.

34. Defendant's actions complained of herein will continue unless Defendant is enjoined by this Court.

35. Defendant's actions complained of herein is causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

36. The `221 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

37. A copy of the '221 Patent, titled "System and Method for Storing Broadcast Content in a Cloud-based Computing Environment," is attached hereto as Exhibit A.

38. By engaging in the conduct described herein, Defendant has injured Plaintiff and is liable for infringement of the `221 Patent, pursuant to 35 U.S.C. § 271.

39. Defendant has committed these acts of literal infringement, or infringement under the doctrine of equivalents of the `221 Patent, without license or authorization.

40. As a result of Defendant's infringement of the `221 Patent, injured Plaintiff has suffered monetary damages and is entitled to a monetary judgment in an amount adequate to compensate for Defendant's past infringement, together with interests and costs.

41. Plaintiff is in compliance with 35 U.S.C. § 287.

42. As such, Plaintiff is entitled to compensation for any continuing and/or future infringement of the `221 Patent up until the date that Defendant ceases its infringing activities.

## DEMAND FOR JURY TRIAL

43. Rothschild Broadcast Distribution Systems, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all cases of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receives notice of the order from further infringement of United States Patent No. 8,856,221 (or, in the alternative, awarding Plaintiff running royalty from the time judgment going forward);

(c) Award Plaintiff damages resulting from Defendants infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: September 21, 2020                Respectfully submitted,

*/s/ Jimmy Chong*
**JIMMY CHONG, ESQ. (#4839)**
**CHONG LAW FIRM, P.A.**
2961 Centerville Rd.
Ste 350
Wilmington, DE 19808
(302) 999-9480
chong@chonglawfirm.com

PLAINTIFF'S FIRST AMENDED COMPLAINT                                                  17

OF COUNSEL

**JAY JOHNSON** *(Pro Hac Vice Application Forthcoming)*
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Jay Johnson*
**JAY JOHNSON**