# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**MUVI, LLC,**<br><br>      **Defendant.** | **CIVIL ACTION NO. 1:20-cv-00672-MN**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiff hereby submits its response to Defendant's Motion to Dismiss. On April 18, 2020, Plaintiff Rothschild Broadcast Distribution Systems LLC filed its original Complaint against Muvi, LLC ("Defendant"). On September 8, 2020, Defendant filed its Motion to Dismiss. Pursuant to FRCP 12(b)(6), Plaintiff filed its First Amended Complaint (Ex.A).

Plaintiff respectfully submits that Defendant's Motion to Dismiss has been rendered moot due to the filing of Plaintiff's First Amended Complaint.


Dated: September 21, 2020      Respectfully submitted,

                                        */s/ Jimmy Chong*
                                        **JIMMY CHONG, ESQ. (#4839)**
                                        **CHONG LAW FIRM**
                                        2961 Centerville Rd.
                                        Ste 350
                                        Wilmington, DE 19808
                                        302-999-9480
                                        chong@chonglawfirm.com

                                        **ATTORNEYS FOR PLAINTIFF**

**JAY JOHNSON** *(Pro Hac Vice Application Forthcoming)*
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system September 21, 2020.

*/s/     Jimmy Chong*
**Jimmy Chong**